```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RANDOLF PUNTER,                                    JUDGMENT
                                                   03-CV- 3523 (DGT)
                    Plaintiff,

   -against-


CITY OF NEW YORK, YORK COLLEGE,


                    Defendant.
-----------------------------------------------------------------X
```

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 3 1 2005 ★
P.M.
TIME A.M.

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 30, 2005, granting defendant's motion for summary judgment; and dismissing plaintiff's claims with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York  
       August 31, 2005

Robert C. Heinemann  
Clerk of Court

By:   s/Terry Vaughn  
     Terry Vaughn  
     Chief Deputy Clerk  
     for Operations